UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
LIBERTY HOLDINGS (NYC) LLC, and
DREAMBUILDER INVESTMENTS, LLC,

                    Plaintiff,

     -against-

APOSTA, INC. and GENE HACKER,

                    Defendants.
```

18 Civ. 5108 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Mr. Quigg's letter requesting a continuance of the conference on the Court's order to show cause, (dkt. no. 50), that is currently scheduled for March 9, 2020. (See dkt. no. 53.) In that letter, Mr. Quigg explains that he cannot attend the March 9 conference because his office recently learned of a trial scheduled for the same date in which his office[1] is required to make a personal appearance. (Id.) Given that Mr. Quigg has requested numerous similar last-minute continuances in the past, (see dkt. no. 45), the Court will not grant his request without additional evidence. Accordingly, by no later than 2:00 PM EST today (March 6, 2020), Mr. Quigg shall file with the Court a sworn affidavit in support of his request detailing (1) the particulars of the supposed court appearance,

---

[1] Curiously, Mr. Quigg's letter never states that he must make a personal appearance at the trial, only that his "office" must appear.

1

including the reason why he personally must appear and (2) the name and telephone number of the California Superior Court Judge who is overseeing the trial. To the extent that Mr. Quigg fails to take the above steps, the request for a continuance of the March 9 conference is <u>DENIED</u>.

**SO ORDERED.**

Dated: New York, New York
March 6, 2020

*Loretta A. Preska*

LORETTA A. PRESKA
Senior United States District Judge