UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIBERTY HOLDINGS (NYC) LLC, and
DREAMBUILDER INVESTMENTS, LLC,

        Plaintiff,

-against-

APOSTA, INC. and GENE HACKER,

        Defendants.

18 Civ. 5108 (LAP)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

LORETTA A. PRESKA, Senior United States District Judge:

Having reviewed and confirmed the contents of Mr. Quigg's submission, (dkt. no. 55), the March 9, 2020 conference is adjourned. The parties shall confer and inform the Court of a suitable conference date. The rescheduled conference shall take place no later than Friday, March 27, 2020. The parties are advised that the Court will not grant any further adjournments for this conference.

**SO ORDERED.**

Dated:    New York, New York
           March 6, 2020

                        _____
                        LORETTA A. PRESKA
                        Senior United States District Judge