UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY HOLDINGS (NYC) LLC, and DREAMBUILDER INVESTMENTS, LLC, <br><br> Plaintiffs, <br><br> -against- <br><br> APOSTA, INC. and GENE HACKER, <br><br> Defendants. | No. 18 Civ. 5108 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall appear telephonically for a conference on the Court's order to show cause, (dkt. no. 50), on May 19, 2020, at 12:00 p.m. EST.  The dial in for the conference is (888) 363-4734, access code: 4645450.  The parties are directed to call in promptly at 12:00 p.m.

**SO ORDERED.**

Dated:    New York, New York
           May 4, 2020

                                      */s/ Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge