```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
Liberty Holdings (NYC) LLC, et al, :
                                   :
                                   :    18 CV 5108 (LAP)
               Plaintiff(s),       :
                                   :         ORDER
       -against-                   :
                                   :
Aposta, Inc, et al,                :
                                   :
               Defendant(s).       :
                                   :
-----------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

      Counsel shall confer and inform Judge Preska by letter no later than September 15, 2021 of the status of the action/remaining claims/defendants.

SO ORDERED.

                                        LORETTA A. PRESKA,
                                        Senior U.S.D.J.

Dated: September 8, 2021
New York, New York