UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY HOLDINGS (NYC) LLC et. al,<br><br>                    Plaintiffs,<br><br>-against-<br><br>APOSTA, INC. et al.,<br><br>                    Defendants. | 18 Civ. 5108 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of counsel's letters dated September 15, 2021 (dkt. no. 63) and September 14, 2021 (dkt. no. 63-1).

Plaintiffs' counsel may move to withdraw no later than September 23, 2021 and shall serve Plaintiffs by email and mail. Defendants may oppose no later than September 30, 2021.

In light of the delays in this case, no extensions shall be granted without extraordinarily good cause.

**SO ORDERED.**

Dated:    New York, New York
         September 17, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge

1