UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Liberty Holdings (NYC) LLC,

                Plaintiff(s),

-against-

Dreambuilder Investments, LLC

                Defendant(s).
------------------------------------x

18 CV 5108 (LAP)

<u>ORDER</u>

LORETTA A. PRESKA, Senior United States District Judge:

       Counsel shall confer and inform Judge Preska by letter no later than August 23, 2022 of the status of the action/remaining claims/defendants.

SO ORDERED.

_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: August 16, 2022
New York, New York